UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-CV-80599-RYSKAMP/HOPKINS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RYAN F. COBLIN et al.,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court on the parties' stipulation of dismissal with prejudice **[DE 31]** filed on January 22, 2014. Parties stipulate and Plaintiff is: (1) dismissing its claims for disgorgement, prejudgment interest and civil money penalties against Defendant Delivery Technology Solutions, Inc.; and (2) dismissing its claim for disgorgement and prejudgment interest against Defendant Ryan F. Coblin. By dismissing these remaining claims, all remaining issues in this case are resolved. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE**. The Court's previously granted remedies remain in effect. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 28 day of January, 2014.

    /s/ Kenneth L. Ryskamp
    KENNETH L. RYSKAMP
    UNITED STATES DISTRICT JUDGE

1